No. 49.—Héreter, promovente, *v.* James R. Beverley, Procurador General, y Castejón, demandados. ■■■■■■ ■■■■■ Junio 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, la ley autorizando la expedición de autos inhibitorios es en general para los casos en que la causa

original o algún incidente surgido en un pleito no es de la competencia del tribunal *a quo,* sino de la de otro tribunal (Leyes de 1904, página 122), y no procede para determinar si un juez está en el debido ejercicio de sus funciones.

Por cuanto, este tribunal está inclinado a creer que un juez debidamente nombrado ejerce sus funciones hasta que su sucesor haya sido calificado, criterio que está sostenido por *State ex rel. Eberle* v. *Clark,* 52 L.R.A. (N. S.) 912, y 33 C. J. 942, nota 95.

Por cuanto, si existiera duda de que fuera un juez *de jure* nos inclinamos a creer que siempre lo sería *de facto* por ejercer su cargo bajo condiciones que le dan color de autoridad.

Por tanto, no ha lugar a expedir el auto inhibitorio solicitado.